IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| | |
|---|---|
| CURTIS SPIVEY, )<br>　Petitioner, )<br>　　　　　　　　　　　　)<br>　　v. )<br>　　　　　　　　　　　　)<br>UNITED STATES OF AMERICA, )<br>　Respondent. ) | Criminal No. 1:01cr484<br><br>Civil Action No. 1:06cv894 |

### ORDER

By Order dated August 10, 2007, a copy of which is attached, this petitioner's conviction and sentence were vacated. *See Spivey v. United States of America*, 1:01cr484, 2007 WL 2327591 (E.D. Va. Aug. 10, 2007). The government did not appeal the August 10, 2007 Order.

Astonishingly, it appears that the Bureau of Prisons ("BOP") did not obey the August 10, 2007 Order and failed to release the petitioner. Instead, now nearly four years later, the BOP contacted the Clerk's Office today and asked for clarification of the August 10, 2007 Order where none clearly was ever required, as the Order is pellucidly clear.

Accordingly, for good cause,

The BOP is **DIRECTED** to comply with the August 10, 2007 Order forthwith.

The BOP is further **DIRECTED** to provide a copy of this Order to petitioner forthwith.

The Clerk is directed immediately to send a copy of this Order to the BOP by either email or facsimile and to communicate its substance to the BOP by telephone, as well.

The Clerk is further directed to send a copy of this Order to petitioner, the Marshal's Service, the Probation Office and all counsel of record.

Alexandria, VA
April 13, 2011

　　　　　　　　　　　　　　　　　　　　　　／s／ T. S. Ellis, III
　　　　　　　　　　　　　　　　　　　　　　United States District Judge